58 A.3d 734

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SALEEM LIGHTY, DEFENDANT–PETITIONER.

October 13, 2011.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Appellate Division, to consider on a plenary calendar.   Jurisdiction is not retained.

58 A.3d 734

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MICHAEL A. SHEPHARD, DEFENDANT–
PETITIONER.

November 14, 2011.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Superior Court, Law Division, for reconsideration of defendant's motion to withdraw his guilty plea and, if that motion is denied, to reconsider the sentence, and defendant shall be assigned an attorney by the Public Defender to represent him in the remand proceedings and to advocate on his behalf.   Jurisdiction is not retained.